05-19-00410-CV

401-04354-2013

FILED IN
COURT OF APPEALS

JUN 14 2019

LISA MATZ
CLERK, 5th DISTRICT

STACY D HOWARD
VS.
JACK V LOWERY AND GARRY
DAVIS

IN THE DISTRICT COURT
401ST JUDICIAL DISTRICT
COLLIN COUNTY, TEXAS

## ORDER

On June 14, 2019, the Court reviewed plaintiff's motion for telephonic pre-trial hearing. Motion is hereby DENIED and OVERRULED.

IT IS THEREFORE ORDERED AND DECREED, that the motion for telephonic pre-trial hearing is denied.

SIGNED this 14th day of June, 2019.

JUDGE PRESIDING